# CERTIFICATE OF SERVICE

I, Gini L. Downing_____(name), certify that service of this summons and a copy of the complaint was made February 4, 2022_____(date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Lasership
P.O. Box 901700
Cleveland, OH 44190-1700

Lasership
Attn: Brett Bissell, CEO
1912 Woodford Road
Vienna, VA 22182

Lasership, Inc.
Attn: Troy Cahill, General Counsel
1912 Woodford Road
Vienna, VA 22182

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Lasership, Inc.
Attn: Mark Holifield, CEO
1912 Woodford Road
Vienna, VA 22182

Corporation Service Company,
R/A for Lasership, Inc.
251 Little Falls Drive
Wilmington, DE 19808

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date    February 4, 2022    Signature  */s/ Gini L. Downing*

Print Name:    Gini L. Downing
               Pachulski Stang Ziehl & Jones LLP
               10100 Santa Monica Blvd.
               13th Floor
Business Address:    Los Angeles, CA 90067

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lasership, Inc.
Attn: Mark Holifield, CEO
1912 Woodford Road
Vienna, VA 22182

9590 9402 3367 7227 2908 33

2. Article Number *(Transfer from service label)*

7017 2400 0000 3936 6442

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Janet Giancoli* ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*: JANET GIANCOLI
C. Date of Delivery: 2/7/2022

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company,
R/A for Lasership, Inc.
251 Little Falls Drive
Wilmington, DE 19808

9590 9402 3367 7227 2908 40

2. Article Number *(Transfer from service label)*

7017 2400 0000 3936 6459

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Paul Sisof* ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*: Paul Sisof
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt