# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209–2 | User: admin | Date Created: 2/17/2022 |
| Case: 2–22–02022–PRW | Form ID: pdforder | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty   Ilan D Scharf   ischarf@pszjlaw.com

                                                                          TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
    Gregory A. Ostendorf   10 West Market Street, Suite 1400   Indianapolis, IN 46204

                                                                          TOTAL: 1