Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>LASERSHIP, INC.,<br><br>Defendant. | Adv. Proc. No. 22-02022-PRW |

## FOURTH STIPULATION EXTENDING TIME TO ANSWER COMPLAINT

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC ("Plaintiff" or the "RDC Liquidating Trust"), successor in interest to Rochester Drug Co-Operative, Inc. ("Debtor"), and defendant Lasership, Inc. ("Defendant" and, together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree:

WHEREAS, on February 3, 2022, Plaintiff filed a complaint (the "Complaint") against Defendant;

WHEREAS, the summons (the "Summons") was issued on February 4, 2022;

WHEREAS, on February 4, 2022, Defendant was served with the Summons and Complaint; and

WHEREAS, on February 15, 2022, the Parties entered into a stipulation (the "First Stipulation") by which the time required for Defendant to answer the Complaint was extended through and including April 15, 2022. The First Stipulation was approved by order entered February 17, 2022.

WHEREAS, on April 11, 2022, the Parties entered into a stipulation (the "Second Stipulation") by which the time required for Defendant to answer the Complaint was further extended through and including June 15, 2022. The Second Stipulation was approved by order entered April 12, 2022.

WHEREAS, on June 14, 2022, the Parties entered into a stipulation (the "Third Stipulation") by which the time required for Defendant to answer the Complaint was further extended through and including July 15, 2022. The Third Stipulation was approved by order entered June 15, 2022.

The Parties hereby stipulate and agree to the matters set forth below:

1. The Parties continue to negotiate and exchange information and have agreed, subject to Court approval, to further extend the time for the Defendant to answer the Complaint to and including August 12, 2022.

*[Remainder of Page Intentionally Left Blank]*

2

DOCS_LA:344423.1 75015/003
Case 2-22-02022-PRW, Doc 17, Filed 07/21/22, Entered 07/21/22 17:34:26, Description: Main Document , Page 2 of 3

All other terms set forth in the First Stipulation, Second Stipulation, and Third Stipulation remain in full force and effect.

Dated: July 21, 2022

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Ilan D. Scharf
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email:  ischarf@pszjlaw.com
        jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

Dated: July 20, 2022

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.

_____
Gregory A. Ostendorf (IN Bar No. 25232-06)
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Telephone: 317/637.1777
Email: gostendorf@scopelitis.com

*Counsel to Defendant Lasership, Inc.*

SO ORDERED:

DATED: _____, 2022
         Rochester, New York

_____
HON. PAUL R. WARREN
United States Bankruptcy Judge

3
DOCS_LA:344423.1 75015/003
Case 2-22-02022-PRW, Doc 17, Filed 07/21/22, Entered 07/21/22 17:34:26, Description: Main Document , Page 3 of 3